IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff(s),        :        Case No. 3:11cr5

- vs -                                       Magistrate Judge Michael R. Merz

ROBERT WENDER

                Defendant(s).       :

## ORDER REVOKING PROBATION

This case came on for hearing on September 19, 2012, on report of the Probation Officer that Defendant had violated the conditions of his probation by testing positive for opiates on June 4, 2012; morphine on June 12, 2012; morphine, codeine, and cocaine on July 13, 2012; and opiates on August 2, 2012; being unsuccessfully discharged from substance abuse treatment at The Community Network on August 28, 2012; failing to notify probation at least ten days prior to any change of residence or employment; failing to notify probation within seventy-two hours of being arrested or questioned by a law enforcement officer; failing to submit truthful and complete written reports within the first five days of each month and failing to make a minimum monthly payment toward restitution.

Defendant admitted the violations of the conditions of his probation.

Accordingly, it is hereby ordered that Defendant Robert Wender's probation is revoked and he is remanded to the custody of the Attorney General of the United States for a term of six (6) months with credit for eight (8) days served.

September 20, 2012                                                                    s/ Michael R. Merz
                                                                               United States Magistrate Judge